```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                       CASE NO. 06 B 08071
    JOYCE BROOKS
                                             CHAPTER 13

                                             JUDGE: SUSAN PIERSON SONDERBY

        Debtor
    SSN XXX-XX-0968

--------------------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
     The case was filed on 07/08/2006 and was confirmed 10/26/2006.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

     The case was dismissed after confirmation 08/30/2007.
--------------------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT      INTEREST       PRINCIPAL
                                                              PAID           PAID
--------------------------------------------------------------------------------
SELECT PORTFOLIO SERVICI  CURRENT MORTG          .00              .00             .00
COOK COUNTY TREASURER     PRIORITY         NOT FILED              .00             .00
CITY OF CHICAGO DEPT OF   UNSECURED        NOT FILED              .00             .00
PEOPLES GAS LIGHT & COKE  UNSECURED        NOT FILED              .00             .00
FAIRBANKS CAPITAL         UNSECURED        NOT FILED              .00             .00
SELECT PORTFOLIO SERVICI  MORTGAGE ARRE    46693.20               .00         6309.95
WELLS FARGO FINANCIAL BA  UNSECURED          454.25               .00             .00
SBC CORPORATION           UNSECURED          260.99               .00             .00
FISHER & SHAPIRO          NOTICE ONLY      NOT FILED              .00             .00
PREMIER BANKCARD          FILED LATE           32.61              .00             .00
FISHER & SHAPIRO          NOTICE ONLY      NOT FILED              .00             .00
BENNIE W FERNANDEZ        DEBTOR ATTY       2,194.00                          2,194.00
TOM VAUGHN                TRUSTEE                                               546.05
DEBTOR REFUND             REFUND                                                   .00

        Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                       RECEIPTS                DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE                9,050.00

PRIORITY                                                .00
SECURED                                            6,309.95
UNSECURED                                               .00
ADMINISTRATIVE                                     2,194.00
TRUSTEE COMPENSATION                                 546.05
DEBTOR REFUND                                           .00
                       ---------------          ---------------
TOTALS                 9,050.00                    9,050.00




              PAGE   1 - CONTINUED ON NEXT PAGE
        CASE NO.  06 B 08071 JOYCE BROOKS
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                                  /s/ Tom Vaughn
Dated: 12/05/07                   _____
                                  TOM VAUGHN
                                  CHAPTER 13 TRUSTEE
```